UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ASSABUR CARADINE,**
**ADC #090785**                                                                                      **PLAINTIFF**

**VS.**                             **5:17-CV-00033 BRW**

**C. HARRIS, Captain,**
**Varner Super Max Unit, ADC, et al.**                               **DEFENDANTS**

## JUDGMENT

Based on the Order entered today, this case is dismissed without prejudice. I certify that an *in forma pauperis* appeal would not be taken in good faith.[1]

IT IS SO ORDERED this 23rd day of February, 2017.

                                                                     /s/ Billy Roy Wilson
                                                                     UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).